1  Vanessa W. Vallarta, City Attorney #142404
   Susan J. Matcham, Assistant City Attorney #79562
2  OFFICE OF THE CITY ATTORNEY
   200 Lincoln Avenue
3  Salinas, CA 93901
   Telephone:  (831) 758-7256
4  Facsimile:  (831) 758-7257                              *E-FILED - 3/30/10*

5  Vincent P. Hurley #111215
   Amanda M. Cohen #243946
6  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
7  38 Seascape Village
   Aptos, California 95003
8  Telephone:  (831) 661-4800
   Facsimile:  (831) 661-4804
9
   Attorneys for Defendants
10 CITY OF SALINAS, CITY OF SALINAS POLICE CHIEF DANIEL ORTEGA,
   POLICE OFFICER STEVEN MATTOCKS, and
11 POLICE OFFICER ROBERT BALAORO

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14 _____
                                  )   Case No: C09-00626 RMW
15 MARIA IRMA DELA TORRE          )
   DECEASED, THROUGH HER          )   STIPULATION AND []
16 SUCCESSOR IN INTEREST, JOSE    )   ORDER AMENDING THE
   MAXIMILIANO LICEA ABACA; MARIA )   SCHEDULING ORDER OF
17 DELA TORRE, individually; and JOSE )   OCTOBER 20, 2009
   MAXIMILIANO LICEA ABACA,       )
18 individually                   )
                                  )
19            Plaintiffs,         )
                                  )
20     vs.                        )
                                  )
21                                )
   CITY OF SALINAS, a public entity, CITY )
22 OF SALINAS POLICE CHIEF DANIEL )
   ORTEGA in his individual and official )
23 capacities, POLICE OFFICER STEVEN )
   MATTOCKS, Individually, POLICE )
24 OFFICER ROBERT BALAORO,        )
   Individually, and DOES 1 through 10, )
25 Jointly and Severally,         )
                                  )
26            Defendants.         )
   _____ )
27

28

                                      1
Stipulation &  Order Amending Scheduling Order                Case No. C09-00626 RMW

1  This case involves the wrongful death and civil rights claims of Jose Maximiliano Licea
2  Abarca and Maria Dela Torre, arising from the death of Maria Irma Dela Torre when she was
3  shot by Defendant police officer Steven Mattocks.  Plaintiffs' attorneys, Michael Haddad and
4  Julie Sherwin, were scheduled to begin trial in the United States District Court, San Francisco,
5  before the Honorable Marilyn Hall-Patel, the first trial scheduled in ten related civil rights cases
6  [lead related case, *Taylor et al. v. City of Oakland, et al.*, No. C-04-4843 MHP], which was
7  scheduled to begin on February 9, 2010.  Attorneys Haddad and Sherwin were actively preparing
8  for that trial in December 2009 and January 2010, but due to criminal trials before Judge Patel,
9  the trial was continued twice, and is now set to commence on March 9, 2010.  The preparation
10 for and litigation of that trial, which is expected to last three to four weeks, will require the full
11 attention of attorneys Haddad and Sherwin.
12  The parties have been vigorously pursuing discovery and trial preparation in this case, but
13 for the attention of attorneys Haddad and Sherwin to their other trial.  To date, the Defendants
14 have completed the depositions of Plaintiffs and one family member, and would like to take the
15 depositions of two other family members who left for Mexico and are not anticipated to return
16 until late-February or early-March.  Defendants have also taken the depositions of percipient
17 witnesses to the events.
18  Plaintiffs' attorneys have taken the depositions of the Defendant officers, and propounded
19 and received voluminous documents pursuant to discovery requests.  Plaintiffs' attorneys have
20 noticed the depositions of various police officers and administrators for May 2010.
21  There are currently two outstanding discovery disputes.  Plaintiffs intend to file a motion
22 to quash subpoenas served by Defendants on the United States Customs and Immigration Service
23 and the Department of Homeland Security relating to records of Maria Dela Torre Salgado, as
24 Plaintiff claims the subpoenas violate federal law, the privacy rights of Plaintiff, and seek
25 information that is neither relevant nor reasonably calculated to lead the discovery of admissible
26 evidence, and are unduly burdensome and harassing.  Plaintiffs made a demand for records
27 relating to a subsequent shooting incident involving Defendant Mattocks, and Defendants
28 objected to the demand on the grounds that it was irrelevant and not likely to lead to the

1  discovery of admissible evidence as a subsequent event.  Though the parties have been in meet
2  and confer on those issues, Defendants contend that, if the federal authorities to whom subpoenas
3  were served refuse to produce the documents that Plaintiffs object to them producing, motions to
4  compel and applications for orders to show cause regarding contempt will have to be heard by
5  the Court.
6      The parties have met and conferred on proposed dates (listed below) that will allow the
7  parties to complete discovery, to consider engaging in further private ADR, and to prepare for
8  trial if necessary.
9      The attorneys for the parties have agreed to a proposed trial date of Monday,
10 November 8, 2010, and the following proposed schedule amending the scheduling order of
11 October 20, 2009:

| | |
|---|---|
| Non-expert discovery cut-off | May 28, 2010 |
| Expert disclosures | June 25, 2010 |
| Dispositive motions heard | August 6, 2010 |
| Expert discovery closes | September 17, 2010 |
| Joint pretrial statements filed | October 15, 2010 |
| Joint pretrial conference | October 21, 2010 |
| Trial | November 8, 2010 |

19     The parties request that the Court so order, or that the Court make an order for a trial date
20 in November that meets the Court's convenience.
21 Dated:  March 3, 2010

LAW OFFICES OF VINCENT P. HURLEY

By:     /s/ Vincent P. Hurley
       VINCENT P. HURLEY
Attorneys for Defendants, City of Salinas, et al.

Dated:  March 2, 2010

CURD, GALINDO & SMITH, LLP

By:     /s/ Alexis Galindo
       ALEXIS GALINDO
Attorneys for Plaintiff Maximiliano Licea Abarca

3

Stipulation & Order Amending Scheduling Order                                                    Case No. C09-00626 RMW

Dated: March 2, 2010

                              HADDAD & SHERWIN

                              By:   /s/ Michael J. Haddad
                                    MICHAEL J. HADDAD
                          Attorneys for Plaintiff Maria Dela Torre

IT IS SO ORDERED.

Dated: 3/30/10

*/s/ Ronald M. Whyte*
Honorable Ronald M. Whyte
Judge of the United States District Court
Northern District of California