UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA IRMA DELA TORRE, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF SALINAS, et al.,<br><br>      Defendants. | Case No.: C 09-0626 RMW (PVT)<br><br>**ORDER TAKING UNDER SUBMISSION PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION TESTIMONY**<br><br>**(Re: Docket No. 26)** |

On March 24, 2010, Plaintiffs filed a motion to compel production of documents and deposition testimony.[1] Having reviewed the papers submitted by the parties, the court finds it appropriate to issue an order without oral argument. Therefore,

IT IS HEREBY ORDERED that Plaintiffs' motion is TAKEN UNDER SUBMISSION. An order will issue shortly. (The hearing remains on calendar for Defendant's motion to compel.)

Dated: *5/17/10*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*