1 | MICHAEL J. HADDAD (State Bar No. 189114)
2 | JULIA SHERWIN  (State Bar No. 189268)
  | HADDAD & SHERWIN
3 | 505 Seventeenth Street
  | Oakland, California  94612
4 | Telephone: (510) 452-5500
  | Facsimile:   (510) 452-5510
5 |
6 | Attorneys for Plaintiff MARIA DELA TORRE

7 | ALEXIS GALINDO (State Bar No. 136643)     *E-FILED - 6/23/10*
  | CURD GALINDO & SMITH LLP
8 | 301 East Ocean Blvd., Suite 1700
  | Long Beach, CA 90802-4828
9 | Telephone:  (562) 624-1177
  | Facsimile:    (562) 624-1178
10 |
11 | Attorneys for Plaintiff JOSE MAXIMILIANO LICEA ABACA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA IRMA DELA TORRE DECEASED, THROUGH HER SUCCESSOR IN INTEREST, JOSE MAXIMILIANO LICEA ABACA; MARIA DELA TORRE,  Individually; and JOSE MAXIMILIANO LICEA ABACA, Individually, | No: C 09-00626 RMW (PVT) <br><br> Hon. Ronald M. Whyte <br><br> **STIPULATION AND () ORDER RE: EXCHANGE OF EXPERT DISCLOSURES AND DISPOSITIVE MOTION HEARING DATE** |
| Plaintiffs, | |
| vs. | |
| CITY OF SALINAS, a public entity, CITY OF SALINAS POLICE CHIEF DANIEL ORTEGA in his individual and official capacities, POLICE OFFICER STEVEN MATTOCKS, Individually, POLICE OFFICER ROBERT BALAORO, Individually, and DOES 1 through 10, Jointly and Severally, | |
| Defendants. | |

1  All parties to this lawsuit, by and through their respective attorneys, stipulate to
2  continue the deadline for mutual exchange of expert disclosures and reports from June 25,
3  2010 to July 30, 2010, and to continue the last day to hear dispositive motions from August
4  6, 2010 to September 10, 2010.  This stipulation will not affect the close of expert
5  
6  discovery on September 17, 2010, or any other deadline in this matter.
7  
8  DATED: May 26, 2010                    HADDAD & SHERWIN
9  
10                                         _/s/_____
                                           MICHAEL J. HADDAD
11                                         Attorneys for Plaintiff
                                           MARIA DELA TORRE
12  
13  DATED: May 26, 2010                    CURD, GALINDO & SMITH, LLP
14  
15                                         _/s/_____
                                           ALEXIS GALINDO
16                                         Attorneys for Plaintiff
                                           JOSE MAXIMILIANO LICEA ABACA
17  
18  DATED: May 24, 2010                    LAW OFFICES OF VINCENT P. HURLEY
19  
20                                          /s/ Vincent P. Hurley_____
                                           VINCENT P. HURLEY
21                                         AMANDA COHEN
                                           Attorneys for all Defendants
22  
23  
                                           **ORDER**
24  
25       PURSUANT TO STIPULATION OF ALL PARTIES, IT IS SO ORDERED.

26  DATED:  6/23/10
                                           *Ronald M. Whyte*
27                                         _____
                                           UNITED STATES DISTRICT JUDGE
28  

No: C 09-00626 RMW:  STIPULATION AND () ORDER
RE: EXCHANGE OF EXPERT DISCLOSURES AND DISPOSITIVE MOT HEARING DATE                    2