**E-FILED on**    8/3/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARIA IRMA DELA TORRE, deceased through her successor in interest, Jose Maximiliano Licea Abaca, MARIA DELA TORRE, individually, and JOSE MAXIMILIANO LICEA ABACA, individually,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SALINAS, a public entity, CITY OF SALINAS POLICE CHIEF DANIEL ORTEGA, in his individual and official capacities, POLICE OFFICER STEVEN MATTOCKS, individually, POLICE OFFICER ROBERT BALAORO, individually, and DOES 1 through 10, jointly and severally<br><br>    Defendants. | No. C-09-000626 RMW<br><br><br><br>ORDER REGARDING MOTION TO EXCEED PAGE LIMITS<br><br><br><br>**[Re Docket No. 55]** |

    Defendants move for an order: (1) allowing defendants to file a brief of up to 40 pages in support of their motion for summary judgment and (2) allowing plaintiffs to file an opposition brief to this motion of up to 40 pages. Having considered defendants' motion and the stipulation of the parties, the court hereby orders the following:

    1.    Defendants may file a motion for summary judgment with a maximum of 30 pages for their memorandum of points and authorities.

2. Plaintiffs may file an opposition brief with a maximum of 30 pages.

DATED: 8/3/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge